IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW ROBERT DESCAMPS, | : | CIVIL NO. 3:CV-14-1773 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN DAVID EBBERT, | : | |
| | : | |
| Respondent | : | |

### ORDER

**AND NOW**, to wit, this 22nd day of October 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 10) to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of the action.

2. The motions (Docs. 5, 6) for temporary restraining orders are DENIED.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

4. Any and all civil rights claims are DISMISSED without prejudice.

5. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court